*E-FILED 6/11/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUPER FUTURE EQUITIES, INC., | NO. C 07-80152 MISC JF (RS) |
| Plaintiff, | **ORDER DENYING MOTION FOR EXPEDITED HEARING** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

On June 7, 2007, Orix Capital filed a motion to expedite the hearing of its motion to compel production of documents pursuant to a subpoena, requesting a hearing date of June 15, 2007. As the underlying motion to compel will be heard by the assigned magistrate judge, ordinarily the motion to expedite would be for him to decide. In light of the magistrate judge's unavailability and to avoid unnecessary delay, the motion to expedite will be considered by the undersigned.

Civil Local Rule 6-3 requires that service copies of motions to change time be delivered to all parties the same day as filed. Here, the proof of service indicates that the motion served by ordinary mail, thereby likely depriving other parties of the opportunity to respond in the time frame set forth in the Rules. Additionally, beyond conclusory assertions that the proposed expedited hearing date "is in the interests of efficiency and fairness," the motion largely fails to address the points required by Rule 6-3, particularly those numbered (1) through (3) under subdivision (a) of the Rule. Finally, even to the extent the motion establishes that there may to reason to hear the

1

1 underlying motion on less than a full 35 days notice, the proposed schedule would have effectively
2 precluded the Court from receiving and considering any opposition. Accordingly, the motion to
3 expedite is denied without prejudice to consideration by the magistrate judge of any renewed motion
4 to expedite that may be filed and served in compliance with Rule 6-3.

IT IS SO ORDERED.

Dated: June 11, 2007                                                    /s/ Jeremy Fogel
                                                                        JEREMY FOGEL
                                                                        United States District Judge

ORDER DENYING MOTION FOR EXPEDITED HEARING
C C 07-80152 MISC JF (RS)

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

John Michael Farrell    jfarrell@fr.com, jmp@fr.com, lzh@fr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 6/11/07**                                              **Chambers of Judge Richard Seeborg**

                                                                **By:**      /s/ BAK

ORDER DENYING MOTION FOR EXPEDITED HEARING
C C 07-80152 MISC JF (RS)

3