John M. Farrell (CSB #99649/jfarrell@fr.com)
David A. Parandoosh (CSB #243563/parandoosh@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Beth G. Jaynes (Texas State Bar No. 08052020)
Kelly R. Vickers (Texas State Bar No. 24041827)
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for Counter-Plaintiff
ORIX CAPITAL MARKETS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MATTER OF SUBPOENA OF EHOSTONE.COM, as issued from this District Court in the case of:<br><br>SUPER FUTURE EQUITIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., ORIX CAPITAL MARKETS, LLC, ORIX USA CORPORATION, ORIX MARKETS PARTNERSHIP, JOHN DINAN, MICHAEL F. WURST, CLIFFORD WEINER, and JAMES R. THOMPSON,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3-06-CV-0271-B-ECF<br>(Northern District of Texas)<br><br>**AMENDED [PROPOSED] ORDER GRANTING ORIX CAPITAL MARKETS, LLC'S AMENDED MOTION FOR EXPEDITED HEARING ON ORIX'S AMENDED MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY EHOSTONE.COM** |

1    The Court has considered the papers submitted related to ORIX Capital Markets, LLC's
2    ("ORIX") Amended Motion for Expedited Hearing on ORIX's Amended Motion to Compel
3    Production of Documents From Third Party Ehostone.Com and the relevant facts and law.
4    The court finds good cause to **GRANT** ORIX's Amended Motion for Expedited Hearing
5    and an expedited briefing schedule regarding ORIX's Amended Motion to Compel Production of
6    Documents from Third Party Ehostone.com.
7    Accordingly, **IT IS HEREBY ORDERED** that any response ~~by Ehostone.com~~ to ORIX's
8    Amended Motion to Compel Production of Documents from Third Party Ehostone.com be filed by
9    June 26, 2007.
10   **IT IS FURTHER ORDERED** that the hearing on ORIX's Motion to Compel Production of
11   Documents from Third Party Ehostone.com is scheduled for June 29, 2007 at 9:30 a.m./~~p.m.~~
12   ORIX Capital Markets LLC shall serve, either by electronic mail or by facsimile, a copy of
13   this Order on all parties and shall file a proof of service.
14   IT IS SO ORDERED.
15   6/20/07
16   _____
     RICHARD SEEBORG
     United States Magistrate Judge

2

AMENDED [PROPOSED] ORDER GRANTING ORIX CAPITAL
MARKETS, LLC'S AMENDED MOT FOR EXPEDITED HG ON
AMENDED MOT TO COMPEL PROD OF DOCS FROM THIRD
PARTY EHOSTONE.COM