John M. Farrell (CSB #99649/jfarrell@fr.com)
David A. Parandoosh (CSB #243563/parandoosh@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Beth G. Jaynes (Texas State Bar No. 08052020)
Kelly R. Vickers (Texas State Bar No. 24041827)
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, Texas  75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for Counter-Plaintiff
ORIX CAPITAL MARKETS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MATTER OF SUBPOENA OF EHOSTONE.COM, as issued from this District Court in the case of:<br><br>SUPER FUTURE EQUITIES, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., ORIX CAPITAL MARKETS, LLC, ORIX USA CORPORATION, ORIX MARKETS PARTNERSHIP, JOHN DINAN, MICHAEL F. WURST, CLIFFORD WEINER, and JAMES R. THOMPSON,<br><br>       Defendants.<br><br>AND RELATED COUNTERCLAIM. | **Case No. CV 07-80152 MISC JF (RS)**<br><br>Case No. 3-06-CV-0271-B-ECF<br>(Northern District of Texas)<br><br>**NOTICE OF SERVICE** |

PLEASE TAKE NOTICE that on June 20, 2007, a true and correct copy of the **Amended Order Granting Orix Capital Markets, LLC's Amended Motion for Expedited Hearing on**

**Orix's Amended Motion to Compel Production of Documents from Third Party Ehostone.com** was caused to be served on the below-listed attorneys of record and third party in the manner indicated:

**<u>VIA FACSIMILE AND/OR EMAIL</u>**

Linda R. Stahl
Gerald Conley
Jason Thelen
Andrews & Kurth L.L.P.
1717 Main Street, Suite 3700
Dallas, TX 75201
Email: lindastahl@andrewskurth.com
Email: geraldconley@andrewskurth.com
Email: jasonthelen@andrewskurth.com

James W. Karel
Karel & Associates
3838 Oak Lawn, Suite 1700
Dallas, TX 75219
Facsimile: (214) 520-1708

Jon P. Bohn
Bohn & Ducloux
806 Main Street, Suite 1411
Houston, TX 77002
Email: jonbohn@yahoo.com

Timothy Gavin
Richard Rohan
Charles J. Blanchard
Carrington, Coleman, Sloman, et al.
901 Main Street, Suite 5500
Dallas, TX 75202
Email: tgavin@ccsb.com
Email: rrohan@ccsb.com
Email: cblanchard@ccsb.com

Jeffrey W. Glass
Jeffrey W. Glass, P.C.
8980 Lakes at 610 Drive, Suite 250
Houston, TX 77054
Email: jeff@jeffglasslaw.com

1  Ehostone.com
2  1228 Mayberry Lane
   San Jose, CA 95131
3  Email: shreyas@ehostone.net

4  Dated: June 21, 2007                    FISH & RICHARDSON P.C.

5

6                                          By:   /s/ John M. Farrell
7                                                John M. Farrell, CSB #99649
                                                 jfarrell@fr.com
8                                                David A. Parandoosh, CSB #243563
                                                 parandoosh@fr.com
9                                                FISH & RICHARDSON P.C.
                                                 500 Arguello Street, Suite 500
10                                               Redwood City, California 94063
                                                 Telephone: (650) 839-5070
11                                               Facsimile: (650) 839-5071

12                                         Attorneys for Counter-Plaintiff
                                           ORIX CAPITAL MARKETS, LLC
13

14

15

16  50422351.doc

17

18

19

20

21

22

23

24

25

26

27

28

3