UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   FTR   DATE:  6/29/07
COURTROOM DEPUTY: MARTHA PARKER BROWN
CASE #:  C 07-MISC-80152JF(RS)

CASE TITLE:   SUPER FUTURE EQUITIES   VS.   WELLS FARGO BANK, ET AL

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

 NO APPEARANCES                JOHN FARRELL for ORIX

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.     {X } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }    { X}    { }   1.  TO COMPEL
{ }    { }     { }   2.
{ }    { }     { }   3.
{ }    { }     { }   4.

DISPOSITION of TODAY'S PROCEEDINGS

**[  ] SETTLED     [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED        [   ] DENIED        [   ] SUBMITTED        [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

 {   } Cont'd to            @            For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: MOTION IS UNOPPOSED.  COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT:            Copies to: