1  John J. Farrell (CSB #99649/farrell@fr.com)
   David A. Parandoosh (CSB #243563/parandoosh@fr.com)
2  FISH & RICHARDSON P.C.
   500 Arguello St., Suite 500
3  Redwood City, CA 94063
   Tel: (650) 839-5070
4  Fax: (650) 839-5071

5  Beth G. Jaynes (Texas State Bar No. 08052020)
   Kelly R. Vickers (Texas State Bar No. 24041827)
6  FISH & RICHARDSON P.C.
   1717 Main Street
7  Suite 5000
   Dallas, Texas 75201
8  Telephone: (214) 747-5070
   Facsimile: (214) 747-2091
9
   Attorneys for Counter-Plaintiff
10 ORIX CAPITAL MARKETS, LLC

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14 IN RE MATTER OF SUBPOENA OF
   EHOSTONE.COM, as issued from this        Case No. 3-06-CV-0271-B-ECF
15 District Court in the case of:           (Northern District of Texas)

16 SUPER FUTURE EQUITIES, INC.,              AMENDED [PROPOSED] ORDER
                                             GRANTING ORIX CAPITAL MARKETS,
17              Plaintiff,                   LLC'S AMENDED MOTION TO
                                             COMPEL PRODUCTION OF
18      v.                                   DOCUMENTS FROM THIRD PARTY
                                             EHOSTONE.COM
19 WELLS FARGO BANK, N.A., ORIX
   CAPITAL MARKETS, LLC, ORIX USA           DATE:    TBD
20 CORPORATION, ORIX MARKETS                TIME:    TBD
   PARTNERSHIP, JOHN DINAN,                 JUDGE:   TBD
21 MICHAEL F. WURST, CLIFFORD               PLACE:   TBD
   WEINER, and JAMES R. THOMPSON,
22
                Defendants.
23
24 AND RELATED COUNTERCLAIM.

25

26    Good cause having been shown, ORIX Capital Markets, LLC's ("ORIX") Amended Motion

27 to Compel Production of Documents From Third Party Ehostone.Com is **GRANTED**.

28

1   **IT IS HEREBY ORDERED** that EHost produce documents responsive to the subpoena
2   and to allow ORIX Capital permission to image the Predatorix server, hosted by The Planet, located
3   at 1333 Stemmons Freeway, Suite 110, Dallas, Texas 75207, within seven (7) days of this Order.
4   Dated: 6-29-07

*[signature]*

Judge of the United States District Court

AMENDED [PROPOSED] ORDER GRANTING ORIX CAPITAL
MARKETS, LLC'S AMENDED MOTION TO COMPEL PRODUCTION
OF DOCUMENTS FROM THIRD PARTY EHOSTONE.COM